# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | | |
|---|---|---|
| **STACY MICHAEL MEAUX** | * | **CIVIL ACTION NO. 17-203** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **STATE OF LOUISIANA, ET AL.** | * | **MAG. JUDGE PATRICK J. HANNA** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, after *sua sponte* review, Plaintiff Stacey Michael Meaux's claims against Defendants Louisiana Attorney General's Office, the Louisiana Governor's Office, the State of Louisiana, Vermilion Parish Sheriff Michael Couvillon, the City Council of the City of Abbeville, Larry Moore, and Keith Scott are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff Stacey Michael Meaux's Motion for Entry of Default [Doc. No. 24] is DENIED as MOOT.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff Stacey Michael Meaux's Motion to Strike [Doc. No. 29] is DENIED as MOOT.

MONROE, LOUISIANA, this 7th day of June, 2017.

```
                               _____
                               ROBERT G. JAMES
                               UNITED STATES DISTRICT JUDGE
```